UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CAUSEWAY AUTOMOTIVE, LLC,
CONTI CAUSEWAY FORD, INC.,
CAUSEWAY NISSAN, LLC, and
CAUSEWAY HYUNDAI, LLC,

    Plaintiffs,

v.

ZURICH AMERICAN INSURANCE
COMPANY, ABC CORPS. 1-5,

    Defendants.

Civil Action No. 20-8393 (FLW) (DEA)

**ORDER**

**THIS MATTER** comes before the Court on a Motion to Dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(6) by William D. Wilson, Esq, counsel for Defendant Zurich American Insurance Company ("Defendant"); it appearing that Plaintiffs Causeway Automotive, LLC, Conti Causeway Ford, Inc., Causeway Nissan, LLC, and Causeway Hyundai, LLC ("Plaintiffs"), through their counsel, Gary Ahladianakis, Esq., oppose Defendant's motion; the Court having reviewed the submissions of the parties pursuant to Federal Rule of Civil Procedure 78, for the reasons set forth in the Opinion also filed on this date, and for good cause shown,

**IT IS** on this 10th day of February, 2021,

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; and it is further;

**ORDERED** that Plaintiffs' Complaint is **DISMISSED**.

                                                         /s/ Freda L. Wolfson
                                                         Freda L. Wolfson
                                                         U.S. Chief District Judge